**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| EILEEN MOORE, as biological mother, next friend, and power of attorney/attorney-in-fact for DONALD E. MOORE and TYLER E. MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY COUNTY SCHOOLS, AND AMERICAN SCHOOL FOR THE DEAF INSTITUTE OF DEAF EDUCATION AND CULTURE, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   **Case No.: 1:26-cv-00031**<br>)<br>)   **JURY DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Plaintiff has drafted a Motion to Amend and a proposed First Amended Complaint which will be filed. It was Plaintiffs' understanding that the attorney for Bradley County Schools would also be representing American School for the Deaf. Yet, that may have been Plaintiffs' mistake. Accordingly, Plaintiff will file all appropriate default papers with the clerk and later with the Court as Plaintiff understands the process.

Accordingly, it is respectfully submitted that Plaintiff has shown cause as to why her claims against the American School for the Deaf should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute, and accordingly, the Court's Order to show cause be dismissed or Plaintiff be deemed to have shown cause.

Respectfully submitted this 2nd day of June, 2026.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

*/s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee  37918
Phone: 865-252-0430
art@artknightlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, a copy of the foregoing Response to the Court's Order to Show Cause was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III

2
