IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

EILEEN MOORE, as biological mother, next )
friend, and power of attorney/attorney-in-fact )
for DONALD E. MOORE and TYLER E. )
MOORE, )
                                              )
        Plaintiff,                            )        Case No.: 1:26-cv-00031
                                              )
                                              )        JURY DEMANDED
v.                                            )
                                              )
BRADLEY COUNTY SCHOOLS, AND )
AMERICAN SCHOOL FOR THE DEAF )
INSTITUTE OF DEAF EDUCATION AND )
CULTURE, INC., )
                                              )
        Defendants.                           )

## PLAINTIFF'S MOTION TO WITHDRAW THE
## MOTION TO AMEND COMPLAINT

Comes the Plaintiff, by and through counsel, and respectfully moves the Court to withdraw

its Motion to Amend Complaint [Doc 12] previously filed on June 2, 2026.

WHEREFORE, it is respectfully requested that Plaintiff's Motion to Withdraw Motion to

Amend Complaint be granted.

Respectfully submitted this 15th day of June, 2026.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**

*/s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
Phone: 865-252-0430
art@artknightlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, a copy of the foregoing Plaintiff's Motion to Withdraw the Motion to Amend Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III