EILEEN MOORE, *as biological mother, next friend, and power of attorney for Donald E. Moore and Tyler E. Moore*,

    *Plaintiff*,

v.

BRADLEY COUNTY SCHOOLS, *et al.*,

    *Defendants*.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26-cv-31

Judge Travis R. McDonough

Magistrate Judge Christopher H. Steger

## ORDER

This matter is before the Court for case-management purposes. On June 1, 2026, the Court ordered Plaintiff to show cause as to why this case should not be dismissed pursuant to Rule 41(b) for her failure to move for a default judgment. (*See* Doc. 10.) Plaintiff represents that she has not served the correct entity and that she will take the appropriate steps to remedy this. (*See* Docs. 11, 15.) Accordingly, Plaintiff is hereby **ORDERED** to effectuate all remaining service on or before **July 6, 2026**. Plaintiff is hereby **ON NOTICE** that the Court may dismiss this action pursuant to Rule 41(b) if she fails to meet this deadline.

    **SO ORDERED.**

                **/s/ *Travis R. McDonough***
                **TRAVIS R. MCDONOUGH**
                **UNITED STATES DISTRICT JUDGE**