# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| EILEEN MOORE, as biological mother, next friend, and power of attorney/attorney-in-fact for DONALD E. MOORE and TYLER E. MOORE; DONALD E. MOORE and TYLER E. MOORE, individually, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-00031 |
| BRADLEY COUNTY SCHOOLS, AND THE AMERICAN SCHOOL, AT HARTFORD, FOR THE DEAF, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR EXTENSION OF TIME FOR THE AMERICAN SCHOOL, AT HARTFORD, FOR THE DEAF TO RESPOND TO THE SECOND AMENDED COMPLAINT

Come now Plaintiffs and Defendants, by and through their respective counsel, and pursuant to E.D. TN LR 12.01 hereby stipulate that the time for Defendant The American School, at Hartford, for the Deaf to respond to the Second Amended Complaint is extended from July 28, 2026 to August 18, 2026.

Respectfully submitted this 21st day of July, 2026.

1

**WOOLF, McCLANE, BRIGHT,**
**ALLEN & CARPENTER, PLLC**

*/s/ J. Keith Coates, Jr.*
J. Keith Coates, Jr., BPR No. 34306
Post Office Box 900
Knoxville, Tennessee 37901
Tel: (865) 215-1000
Fax: (865) 215-1001
kcoates@wmbac.com

*Attorneys for Defendant*
*American School, at Hartford, For the Deaf*


**LAW OFFICE OF ARTHUR F. KNIGHT, III**

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III, BPR No. 016178
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
Tel:     865-252-0430
art@artknightlaw.com

*Attorneys for Plaintiff*


**BENNETT & DECAMP, PLLC**

*/s/ Mary C. Decamp*
D. Scott Bennett, BPR No. 015988
Mary C. Decamp, BPR No. 027182
735 Broad Street
Suite 214
Chattanooga, TN 37402
Tel:  423-498-3789
dsb@bennettdecamp.com
mcd@bennettdecamp.com

*Attorneys for Defendant Bradley County Schools*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Stipulation for Extension of Time to Respond to the Second Amended Complaint has been filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

This 21st day of July, 2026.

*s/ J. Keith Coates, Jr.*
J. Keith Coates, Jr.
WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901
Phone: (865) 215-1000
jcoates@wmbac.com

*Attorneys for Defendant American School, at Hartford, For the Deaf*

3