| | | |
|---|---|---|
| EILEEN MOORE, as biological mother, | ) | |
| next friend, and power of attorney/ | ) | |
| attorney-in-fact for DONALD E. | ) | |
| MOORE and TYLER E. MOORE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00031 |
| | ) | |
| BRADLEY COUNTY SCHOOLS, AND | ) | |
| THE AMERICAN SCHOOL AT | ) | |
| HARTFORD FOR THE DEAF, | ) | |
| | ) | |
|     Defendants. | ) | |

## BRADLEY COUNTY SCHOOLS' MOTION TO DISMISS

**NOW COMES** Bradley County Schools, by and through counsel, and, pursuant to *Federal Rule of Civil Procedure* 12(b)(6), moves this Court to dismiss the Plaintiffs' Second Amended Complaint for failure to state a claim. In support of this Motion, this Defendant would show the Court as follows:

1.      The Plaintiffs' Second Amended Complaint seeks to redress what they claim to be a denial of due process in connection with a change in location of special education services from the Plaintiffs' residence to the campus of Bradley County Schools' virtual school. (Doc. 20, ¶¶ 7-8, 10). The actions of the Defendants allegedly denied the Student-Plaintiffs "educational opportunities" in violation of the Individuals with Disabilities Education Act. (Doc. 20, ¶ 12). However, the Plaintiffs have not exhausted the administrative remedies set forth in the IDEA, 20 U.S.C.§ 1415(l). Accordingly, they may not bring this instant action before this Court.

2.      Additionally, with respect to the Plaintiffs' allegations that the Defendants have discriminated against them in violation of Title II of the Americans with Disabilities Act and

Section 504 of the Rehabilitation Act, the Plaintiffs have not alleged that the Defendants intentionally discriminated against them on the basis of their disability, deafness, nor have they alleged that this Defendant failed to offer a reasonable accommodation when The American School, at Hartford discontinued serving the Student-Plaintiffs in their residence. To the contrary, the Second Amended Complaint, on its face, states that, "[f]ollowing The American School, at Hartford's unilateral decision, Bradley County offered the brick-and-mortar virtual school for Donald E. Moore and Tyler E. Moore to receive services from the The (*sic*) American School, at Hartford, in an attempt to continue 'classroom content' which would allow Ms. Moore's sons the opportunity to continue to earn credits toward graduation…" (Doc. 20, ¶ 8).

3. Finally, with regard to the Plaintiffs' allegations that the Defendants violated the Equal Protection Clause of the Fourteenth Amendment, the Plaintiffs have not alleged specific facts that would support the conclusion that either Defendant treated the Student-Plaintiffs differently on the basis of their disability or that they lacked a rational basis for their actions.

4. Pursuant to this Court's standing order regarding motions to dismiss, counsel for Bradley County Schools twice consulted Plaintiffs' counsel, without success, to address the defects in the Plaintiffs' complaints.

**WHEREFORE, PREMISES CONSIDERED**, Bradley County Schools moves this Court to dismiss the Plaintiffs' Second Amended Complaint for failure to state a claim upon which relief can be granted.

2

Respectfully submitted,

BENNETT & DECAMP, PLLC

BY:   /s/ *D. Scott Bennett*
        D. SCOTT BENNETT – TNBPR: 015988
        MARY C. DECAMP – TNBPR: 027182
        *Attorneys for Defendant Bradley County Schools*
        735 Broad Street
        Suite 214
        Chattanooga, TN 37402
        Telephone: (423) 498-3789
        dsb@bennettdecamp.com
        mcd@bennettdecamp.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 24th day of July, 2026.

BY:   /s/ *D. Scott Bennett*
        D. SCOTT BENNETT – TNBPR: 015988

3