

# Tennessee Department of Education
## Special Education Due Process Hearing Request Form

Office of General Counsel
Andrew Johnson Tower, 9th Floor
710 James Robertson Parkway
Nashville, Tennessee 37243

**Email completed forms to the school district and IDEAdisputeresolution@tn.gov.**
*Note:* **Bold** *fields are required; other fields are optional.*

Parent/Child Information (To be completed by the parent/guardian and submitted to the school district for processing)

| **Name of Child** | Child's Date of Birth *Month/Day/Year* | Child's Disability |
|---|---|---|
| Donald E Moore Jr | ▉▉▉ | Deaf |

| Name of Parent/Guardian | **Address of the Child** *Street, City, State, ZIP* *If homeless, available contact information* |
|---|---|
| Donnie / Eileen Moore | ▉▉▉ |

| Phone | Email Address | Parent's Address *Street, City, State, ZIP* |
|---|---|---|
| ▉▉▉ | ▉▉▉ | Same |

| Attorney for Child/Parent/Guardian | Address of Attorney *Street, City, State, ZIP* |
|---|---|
| | |

| Phone | Fax | Email Address |
|---|---|---|
| | | |

| Due Process Hearing Request initiated by: | Hearing is to be: |
|---|---|
| ☑ Parent/Guardian  ☐ School District/Public Agency (Provide document to parent when initiating hearing.) | ☐ Open  ☑ Closed |

| **Name of School or Other Public Agency Child is Attending** | Name of School District or Other Public Agency |
|---|---|
| Bradely County Virtual School | Bradely County School |

**Provide a complete description of the nature of the problem relating to the identification, evaluation, educational placement (initial or proposed change) or the provision of a free appropriate public education (FAPE).**

DJ was removed from Virtual @ home school due to allegation American School for the Deaf made against Parent that was false. No IEP meeting was held to discuss. No due process was offer after we request a meeting and the meeting request was refused by School and ASD. No proof or merit for removing DJ from Home School and force him to attend a Virtual School at the distric building.

**Please provide a proposed resolution to the problem to the extent known and available.**

We expect ASD and Bradely to provide hard proof of the allegation. We excpect an opportunity for the Parent and the Student to a due process. Report cards show good grades. No issue from the ASD teachers online. No previous issue of concerns via emaili or certified mail.
Resolution: Meeting with Bradely County School and American School for the Deaf to discuss the allegation and to provide proof the child or the parent violated any of the rules set by ASD or Bradely County

School District or Other Public Agency Information (To be completed by the school district or other public agency official)

| School District or Other Public Agency Special Education Administrator | Address of School District or Other Public Agency *Street, City, State, ZIP* |
|---|---|
| Bradley County Schools | 800 South Lee Hwy Cleveland, Tn 37323 |

| Phone | Fax | Email Address |
|---|---|---|
| 423-476-0620 | | hhayes@bradleyschools.org |

| School or Other Public Agency Child Attends/Attended | Child's Disability |
|---|---|
| Bradley County Virtual School | Deafness |

| Attorney for School District or Other Public Agency | Address of Attorney *Street, City, State, ZIP* |
|---|---|
| Scott Bennett | 735 Broad St, Chattanooga, TN 37402 |

| Phone | Fax | Email address |
|---|---|---|
| (423) 498-3789 | | dsb@bennettdecamp.com |

| Date Request Received by School District or Other Public Agency | Hearing Location |
|---|---|
| 8/1/25 | 800 South Lee Hwy Cleveland, Tn |

ED 5245 7.30.20

TN SOS-APD Mon, Aug 04, 2025 08:30 AM : 1 of 1 pages filed

# Tennessee Department of Education
## Special Education Due Process Hearing Request Form



Office of General Counsel
Andrew Johnson Tower, 9th Floor
710 James Robertson Parkway
Nashville, Tennessee 37243

**Email completed forms to the school district and IDEAdisputeresolution@tn.gov.**

*Note:* **Bold** *fields are required; other fields are optional.*

TN SOS-APD Mon, Aug 04, 2025 08:30 AM : 1 of 1 pages filed

### Parent/Child Information (To be completed by the parent/guardian and submitted to the school district for processing)

| **Name of Child** | **Child's Date of Birth** *Month/Day/Year* | **Child's Disability** |
|---|---|---|
| Tyler E Moore | ███████ | Deaf |

| **Name of Parent/Guardian** | **Address of the Child** *Street, City, State, ZIP *If homeless, available contact information* |
|---|---|
| Donnie / Eileen Moore | ███████ |

| Phone | Email Address | Parent's Address *Street, City, State, ZIP* |
|---|---|---|
| ███████ | ███████ | Same |

| Attorney for Child/Parent/Guardian | Address of Attorney *Street, City, State, ZIP* |
|---|---|
| | |

| Phone | Fax | Email Address |
|---|---|---|
| | | |

**Due Process Hearing Request initiated by:**
☒ Parent/Guardian ☐ School District/Public Agency (Provide document to parent when initiating hearing.)

**Hearing is to be:**
☐ Open ☒ Closed

| **Name of School or Other Public Agency Child is Attending** | **Name of School District or Other Public Agency** |
|---|---|
| Bradely County Virtual School | Bradely County School |

**Provide a complete description of the nature of the problem relating to the identification, evaluation, educational placement (initial or proposed change) or the provision of a free appropriate public education (FAPE).**

Tyler was removed from Virtual @ home school due to allegation American School for the Deaf made against Parent that was false. No IEP meeting was held to discuss. No due process was offer after we request a meeting and the meeting request was refused by School and ASD. No proof or merit for removing Tyler from Home School and force him to attend a Virtual School at the distric building.

**Please provide a proposed resolution to the problem to the extent known and available.**

We expect ASD and Bradely to provide hard proof of the allegation. We excpect an opportunity for the Parent and the Student to a due process. Report cards show good grades. No issue from the ASD teachers online. No previous issue of concerns via emaili or certified mail.
Resolution: Meeting with Bradely County School and American School for the Deaf to discuss the allegation and to provide proof the child or the parent violated any of the rules set by ASD or Bradely County

### School District or Other Public Agency Information (To be completed by the school district or other public agency official)

| School District or Other Public Agency Special Education Administrator | Address of School District or Other Public Agency *Street, City, State, ZIP* |
|---|---|
| Bradley County Schools | 800 South Lee Hwy Cleveland, Tn 37323 |

| Phone | Fax | Email Address |
|---|---|---|
| 423-476-0620 | | hhayes@bradleyschools.org |

| School or Other Public Agency Child Attends/Attended | Child's Disability |
|---|---|
| Bradley County Virtual School | Deafness |

| Attorney for School District or Other Public Agency | Address of Attorney *Street, City, State, ZIP* |
|---|---|
| Scott Bennett | 735 Broad St, Chattanooga, TN 37402 |

| Phone | Fax | Email address |
|---|---|---|
| (423) 498-3789 | | dsb@bennettdecamp.com |

| Date Request Received by School District or Other Public Agency | Hearing Location |
|---|---|
| 8/1/25 | 800 South Lee Hwy Cleveland, Tn |

ED-5245 7.30.20