# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

EILEEN MOORE, as biological mother, next friend, and power of attorney/attorney-in-fact for DONALD E. MOORE and TYLER E. MOORE; DONALD E. MOORE and TYLER E. MOORE, individually,

Plaintiffs,

v.

BRADLEY COUNTY SCHOOLS, AND THE AMERICAN SCHOOL, AT HARTFORD, FOR THE DEAF,

Defendants.

Case No.: 1:26-cv-00031

JURY DEMANDED

## MOTION FOR ADDITIONAL TIME TO RESPOND TO
## MOTION TO DISMISS FILED BY BRADLEY COUNTY SCHOOLS

Come the Plaintiffs, Eileen Moore, as biological mother, next friend, and power of attorney/attorney-in-fact for Donald E. Moore and Tyler E. Moore and Donald E. Moore and Tyler E. Moore, individually, by and through counsel, and respectfully move the Court pursuant to Federal Rule of Civil Procedure 6 for the entry of an Order allowing Plaintiffs up until and including August 24, 2026, in which to file a response to the Motion to Dismiss filed by Defendant Bradley County Schools. Counsel for the Defendant have been consulted and have no objection to this Motion.

Respectfully submitted this 30th day of July, 2026.

LAW OFFICE OF ARTHUR F. KNIGHT, III

/s/ Arthur F. Knight, III
Arthur F. Knight, III, BPR# 016178
The Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
(865) 252-0430
art@artknightlaw.com
*Attorney for Plaintiff*

CERTiFICATE OF SERVICE

I hereby certify that on July 30, 2026, a copy of the foregoing Motion for Additional Time to Respond to Motion to Dismiss filed by Bradley County Schools was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Arthur F. Knight, III
Arthur F. Knight, III

2