**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| EILEEN MOORE, *as biological mother, next friend, and power of attorney for Donald E. Moore and Tyler E. Moore*, | ) | Case No. 1:26-cv-31 |
| *Plaintiff*, | ) | Judge Travis R. McDonough |
| v. | ) | Magistrate Judge Christopher H. Steger |
| BRADLEY COUNTY SCHOOLS, *et al.*, | ) | |
| *Defendant*. | | |

---

**JUDGMENT ORDER**

---

Consistent with the contemporaneously filed memorandum opinion, this action is **DISMISSED WITH PREJUDICE**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

**SO ORDERED**.

***/s/ Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT